MARTIN *vs.* WILSON.

Where after affirmance of the judgment of the Court below, a *remittitur* has been sent to and filed with the Clerk of that Court, this Court loses jurisdiction of the cause, so that it cannot open a default therein.

*O. W. Sturtevant*, for the plaintiff in error moved to open a judgment of affirmance by default in this case at the last January term, and read affidavits excusing the default.

*J. H. Magher*, for the defendant in error, read an affidavit showing that a *remittitur* had been issued and duly filed in the Supreme Court.

THE COURT held that it lost jurisdiction of the cause when the *remittitur* was filed in the Court below, and on that ground

Denied the motion.